IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CT-3211-BO

| | |
|---|---|
| MALCOLM WRIGHT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KENNETH E. LASSITER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Malcolm Wright, Jr. ("plaintiff"), a state inmate, filed this civil rights action *pro se*. On June 6, 2023, the court directed plaintiff to file an amended complaint. See (DE 24). The matter now is before the court on plaintiff's motion for a copy of his prior amended complaint (DE 25), motion to contact North Carolina Prisoner Legal Services ("NCPLS") (DE 25), and motion for an extension of time (DE 25).

The court begins with plaintiff's request for a copy of his prior amended complaint (DE 18).[1] For good cause shown, the motion is GRANTED, and the Clerk of Court is DIRECTED to send plaintiff a copy of (DE 18). The court, additionally, GRANTS plaintiff an extension of time to file his amended complaint. Plaintiff's amended complaint now is due by July 28, 2023.

To the extent plaintiff requests that he "be allowed to contact NC Prisoner Legal Services to request assistance in drafting an amended complaint," there is nothing preventing plaintiff from

---

[1] Plaintiff states that his prior amended complaint was filed on February 15, 2023 at (DE 19). However, plaintiff's prior amended complaint was filed on February 10, 2023 at (DE 18).

contacting NCPLS on his own to request assistance. Based upon the foregoing, plaintiff's motion is DENIED as MOOT.

To the extent plaintiff requests permission to name a "defendant Hawkins" in his amended complaint, plaintiff may name the defendant. However, the court will conduct an initial review of any forthcoming amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), and will dismiss any improperly joined party.

In summary, plaintiff's motion for a copy of his prior amended complaint (DE 25) is GRANTED, and the Clerk of Court is DIRECTED to send plaintiff a copy of (DE 18). Plaintiff's motion for an extension of time (DE 25) also is GRANTED, and plaintiff has until July 28, 2023 to file his amended complaint on the proper form. Finally, plaintiff's motion to contact NCPLS (DE 25) is DENIED as MOOT.

SO ORDERED, this the 27 day of June, 2023.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge

2